# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RANDALL DUFFEY,

    Plaintiff,

v.

BLUESTEM BRANDS, INC, d/b/a FINGERHUT,

    Defendant.

_____/

Case No. 8:15-cv-02055-JSM-MAP

## NOTICE OF SETTLEMENT

**Plaintiff,** RANDALL DUFFEY, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, RANDALL DUFFEY, and Defendant, BLUESTEM BRANDS, INC. d/b/a FINGERHUT have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of March, 2016, the foregoing was served electronically in accordance with the Court's guidelines, and a copy of which was served via electronic mail to: erin.hoffman@faegrebd.com; and pking@wiandlaw.com.

    s/*Amanda J. Allen*
    Amanda Allen, Esquire
    FL Bar#: 0098228
    The Consumer Protection Firm, PLLC
    210a South MacDill Avenue
    Tampa, FL 33609
    Telephone: (813) 500-1500
    Amanda@TheConsumerProtectionFirm.com
    Attorney for Plaintiff