**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

RANDALL DUFFEY,

    Plaintiff,

v.                                                 Case No: 8:15-cv-2055-T-30MAP

BLUESTEM BRANDS, INC.,

    Defendant.

## ORDER

THIS CAUSE is before the Court on the Parties' Joint Motion to Dismiss All Claims With Prejudice (Dkt. 20). In this action alleging violations of the Telephone Consumer Protection Act and the Florida Consumer Collection Practices Act, Plaintiff Randall Duffey previously notified the Court that he had reached a settlement agreement with Defendant Bluestem Brands, Inc. (Dkt. 18). Now the parties jointly ask the Court for dismissal with prejudice, with each party bearing its own costs, expenses, and attorney's fees. Upon review and consideration,

    It is ORDERED AND ADJUDGED that:

    1.    The Parties' Joint Motion to Dismiss All Claims With Prejudice (Dkt. 20) is GRANTED.

    2.    This action is DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees.

3. The Clerk is directed to close this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of May, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record